**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| Thomas Champlin,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>Conn Appliances, Inc.,<br><br>　　　　　　　Defendant. | Civil Action No.: 4:16-cv-00284-ALM |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
**PURSUANT TO RULE 41(a)**

　　　Thomas Champlin ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 7, 2018

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: */s/ Jenny DeFrancisco*

　　　　　　　　　　　　　　　　　　　Jenny DeFrancisco, Esq.
　　　　　　　　　　　　　　　　　　　CT Bar No.: 432383
　　　　　　　　　　　　　　　　　　　LEMBERG LAW LLC
　　　　　　　　　　　　　　　　　　　43 Danbury Road, 3rd Floor
　　　　　　　　　　　　　　　　　　　Wilton, CT 06897
　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　Facsimile: (203) 653-3424
　　　　　　　　　　　　　　　　　　　E-mail: jdefrancisco@lemberglaw.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 7, 2018, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Eastern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By  /s/ *Jenny DeFrancisco*
                                                  Jenny DeFrancisco, Esq.